1  RICHARD L. CRISONA
   ABELMAN, FRAYNE & SCHWAB
2  666 Third Avenue
   New York, NY 10017
3  Telephone:   (212) 949-9022
   Facsimile:   (212) 949-9190
4
   ALLAN E. ANDERSON (SBN 133672)
5  ROPERS, MAJESKI, KOHN & BENTLEY
   515 South Flower Street, Suite 1100
6  Los Angeles, CA 90071-2213
   Telephone:   (213) 312-2000
7  Facsimile:   (213) 312-2001

8  Attorneys for Defendant
   NATURAL ORGANICS, INC.
9  DBA NATURE'S PLUS

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  RAINBOW LIGHT NUTRITIONAL          CASE NO. C08 04396CRB
    SYSTEMS, INC.,
14                                     INITIAL STIPULATION TO ENLARGE
                  Plaintiff,           TIME TO ANSWER OR OTHERWISE
15                                     RESPOND TO THE ORIGINAL
    v.                                 COMPLAINT
16                                     [N.D. Local Rule 6-1(a)]
    NATURAL ORGANICS, INC. dba
17  NATURE'S PLUS,

18                Defendant.

19

20     The parties to the above-referenced matter, by and through their attorneys of record,

21  hereby stipulate that Defendant Natural Organics, Inc. shall have an additional three weeks,

22  through and until November 4, 2008, within which to answer or otherwise respond to the original

23  Complaint on file herein.

24  ///

25  ///

26  ///

27  ///

28  ///

RC1/5197931.1/TC3                      - 1 -           INITIAL STIPULATION TO ENLARGE TIME TO
                                                       ANSWER OR OTHERWISE RESPOND TO THE
                                                       ORIGINAL COMPLAINT - C08 04396CRB

1  IT IS SO STIPULATED.

2  Dated: October 14, 2008                    COOLEY GODWARD KRONISH, LLP

4                                             By: /s/ Janet L. Cullum
5                                             JANET L. CULLUM
                                              Attorneys for Plaintiff
6                                             RAINBOW LIGHT NUTRITIONAL
                                              SYSTEMS, INC.

7  Dated: October 16, 2008                    ABELMAN, FRAYNE & SCHWAB

9                                             By: /s/ for
10                                            RICHARD L. CRISONA
                                              ALLAN E. ANDERSON
11                                            Attorneys for Defendant
                                              NATURAL ORGANICS, INC. DBA
12                                            NATURE'S PLUS

13 Dated: October 16, 2008                    ROPERS, MAJESKI, KOHN & BENTLEY

15                                            By: /s/ Allan E. Anderson
                                              ALLAN E. ANDERSON
16                                            Attorneys for Defendant
                                              NATURAL ORGANICS, INC. DBA
17                                            NATURE'S PLUS

**IT IS SO ORDERED**

*/s/ Judge Charles R. Breyer*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RCI/5197931.1/TC3                    - 2 -    INITIAL STIPULATION TO ENLARGE TIME TO
                                              ANSWER OR OTHERWISE RESPOND TO THE
                                              ORIGINAL COMPLAINT - C08 04396CRB