RICHARD L. CRISONA
ABELMAN, FRAYNE & SCHWAB
666 Third Avenue
New York, NY 10017
Telephone: (212) 949-9022
Facsimile: (212) 949-9190
Email: rlcrisona@lawabel.com

ALLAN E. ANDERSON (SBN 133672)
ROBERT P. ANDRIS (SBN 130290)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA 90071-2213
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email: aanderson@rmkb.com
        randris@rmkb.com

Attorneys for Defendant
NATURAL ORGANICS, INC.
DBA NATURE'S PLUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINBOW LIGHT NUTRITIONAL SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NATURAL ORGANICS, INC. dba NATURE'S PLUS,<br><br>Defendant. | CASE NO. C08 04396CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE [Local Rule 6-2]<br><br>Complaint Filed: September 19, 2008 |

The parties to the above-referenced matter, by and through their attorneys of record, hereby stipulate that defendant Natural Organics, Inc. shall have an additional thirty (30) days, through and until December 29, 2008, within which to answer or otherwise respond to the original Complaint on file herein.

Pursuant to Local Rule 6-2, the parties request that the Case Management Conference be continued to February 6, 2009, or a date at the convenience of the court.

Good cause exists for the requested extension in that the parties are currently engaged in

settlement negotiations.

IT IS SO STIPULATED.

Dated: November 20, 2008

COOLEY GODWARD KRONISH, LLP

By: /s/ Janet L. Cullum
JANET L. CULLUM
Attorneys for Plaintiff
RAINBOW LIGHT NUTRITIONAL SYSTEMS, INC.

Dated: November 20, 2008

ABELMAN, FRAYNE & SCHWAB

By: /s/
RICHARD L. CRISONA
ALLAN E. ANDERSON
Attorneys for Defendant
NATURAL ORGANICS, INC. DBA NATURE'S PLUS

Dated: November 20, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
ALLAN E. ANDERSON
ROBERT P. ANDRIS
Attorneys for Defendant
NATURAL ORGANICS, INC. DBA NATURE'S PLUS

**ORDER**

IT IS HEREBY ORDERED that:

(1) Defendant Natural Organics, Inc. may have through and including December 29 in which to respond to the complaint; and

(2) The Case Management Conference currently scheduled for January 9, 2008 be continued to February 6, 2009, or the following date for the convenience of the court

_____

Dated: November 24, 2008

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

RC1/5219364.1/LD

- 2 -

[PROPOSED] ORDER
08-04396CRB