1  RICHARD L. CRISONA
   ABELMAN, FRAYNE & SCHWAB
2  666 Third Avenue
   New York, NY 10017
3  Telephone:   (212) 949-9022
   Facsimile:   (212) 949-9190
4  Email: rlcrisona@lawabel.com

5  ALLAN E. ANDERSON (SBN 133672)
   ROBERT P. ANDRIS (SBN 130290)
6  ROPERS, MAJESKI, KOHN & BENTLEY
   515 South Flower Street, Suite 1100
7  Los Angeles, CA 90071-2213
   Telephone:   (213) 312-2000
8  Facsimile:   (213) 312-2001
   Email: aanderson@rmkb.com
9         randris@rmkb.com

10 Attorneys for Defendant
   NATURAL ORGANICS, INC.
11 DBA NATURE'S PLUS

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15 | RAINBOW LIGHT NUTRITIONAL     | CASE NO. C08 04396CRB
     SYSTEMS, INC.,
16 |                               | **STIPULATION AND** [PROPOSED]
                                     **ORDER TO ENLARGE TIME TO**
17 |        Plaintiff,             | **RESPOND TO COMPLAINT**
                                     [Local Rule 6-1(a)]
18 | v.
19 | NATURAL ORGANICS, INC. dba    | Complaint Filed: September 19, 2008
     NATURE'S PLUS,
20 |
            Defendant.
21

22   The parties to the above-referenced matter, by and through their attorneys of record,

23 hereby stipulate that defendant Natural Organics, Inc. shall have an additional thirty (30) days,

24 through and until January 28, 2008, within which to answer or otherwise respond to the original

25 Complaint on file herein.

26   Good cause exists for the requested extension in that the parties believe they have

27 successfully resolved this matter and are currently in the process of exchanging drafts of a formal

28 settlement agreement.

RC1/5234048.1/LD                  - 1 -         STIPULATION TO ENLARGE TIME TO
                                                RESPOND TO COMPLAINT AND [PROPOSED]
                                                ORDER - C08 04396CRB

|  |  |
|---|---|
| 1 | IT IS SO STIPULATED. |

Dated: December 24, 2008                        COOLEY GODWARD KRONISH, LLP

By: /s/ Janet L. Cullum
JANET L. CULLUM
Attorneys for Plaintiff
RAINBOW LIGHT NUTRITIONAL SYSTEMS, INC.

Dated: December 24, 2008                        ABELMAN, FRAYNE & SCHWAB

By: _____
RICHARD L. CRISONA
ALLAN E. ANDERSON
Attorneys for Defendant
NATURAL ORGANICS, INC. DBA NATURE'S PLUS

Dated: December 24, 2008                        ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
ALLAN E. ANDERSON
ROBERT P. ANDRIS
Attorneys for Defendant
NATURAL ORGANICS, INC. DBA NATURE'S PLUS

### ORDER

IT IS HEREBY ORDERED that Defendant Natural Organics, Inc. may have through and including January 28 in which to respond to the complaint/

Dated: january 6, 2009

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer