1  JANET L. CULLUM (104336) (jcullum@cooley.com)
   JENNIFER LERNER (*Pro Hac Vice*) (jlerner@cooley.com)
2  COOLEY GODWARD KRONISH LLP
   1114 Avenue of the Americas
3  New York, NY 10036-7798
   Telephone: (212) 479-6000
4  Facsimile:  (212) 479-6275

5  SUSAN BERNEY-KEY (124305) (sberneykey@cooley.com)
   CHRISTINE HSIEH (246025) (chsieh@cooley.com)
6  COOLEY GODWARD KRONISH LLP
   Five Palo Alto Square
7  3000 El Camino Real
   Palo Alto, CA 94306-2155
8  Telephone: (650) 843-5000
   Facsimile:  (650) 857-0663
9
   Attorneys for Plaintiff
10 RAINBOW LIGHT NUTRITIONAL SYSTEMS, INC.

11 RICHARD L. CRISONA (rlcrisona@lawabel.com)
   ABELMAN, FRAYNE & SCHWAB
12 666 Third Avenue
   New York, NY 10017
13 Telephone:  (212) 949-9022
   Facsimile:   (212) 949-9190
14
   ALLAN E. ANDERSON (133672) (aanderson@rmkb.com)
15 ROBERT P. ANDRIS (130290) (randris@rmkb.com)
   ROPERS, MAJESKI, KOHN & BENTLEY
16 515 South Flower Street, Suite 1100
   Los Angeles, CA 90071-2213
17 Telephone:  (213) 312-2000
   Facsimile:   (213) 312-2001
18
   Attorneys for Defendant
19 NATURAL ORGANICS, INC. DBA NATURE'S PLUS

20                    UNITED STATES DISTRICT COURT

21                   NORTHERN DISTRICT OF CALIFORNIA

22

23 RAINBOW LIGHT NUTRITIONAL          | CASE NO. C08-04396-CRB
   SYSTEMS, INC.,                     |
24                                    | **STIPULATION AND [PROPOSED]**
                  Plaintiff,          | **ORDER TO CONTINUE CASE**
25                                    | **MANAGEMENT CONFERENCE**
         vs.                          |
26
   NATURAL ORGANICS, INC., dba
27 NATURE'S PLUS,

28                Defendant.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW

1.        STIPULATION AND [PROPOSED] ORDER TO
          CONTINUE CASE MANAGEMENT CONFERENCE

1  Pursuant to Local Rule 6-2, the parties to the above-referenced matter, by and through
2  their attorneys of record, hereby request that the Initial Case Management Conference be
3  continued by thirty (30) days, to March 2, 2009 or to a date of the Court's designation.

4  The ADR Scheduling Order issued on September 19, 2008 set the Initial Case
5  Management Conference for January 9, 2009. The parties filed a stipulation on November 21,
6  2008 continuing the Initial Case Management Conference until February 6, 2009. This is the
7  second stipulation to continue the Initial Case Management Conference.

8  The parties further request that defendant Natural Organics, Inc. shall have an additional
9  four weeks, through and until February 25, 2009, within which to respond to the original
10 Complaint on file herein.

11 Good cause exists for the requested continuance in that the parties believe they have
12 successfully resolved this matter and are currently in the process of exchanging drafts of a formal
13 settlement agreement.

Respectfully submitted,

Dated: January 23, 2009

COOLEY GODWARD KRONISH LLP

*Janet Cullum by CH*
Janet L. Cullum

*Attorneys for Plaintiff,*
*Rainbow Light Nutritional Systems, Inc.*

Dated: January 23, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
ALLAN E. ANDERSON
ROBERT P. ANDRIS
Attorneys for Defendant
NATURAL ORGANICS, INC. DBA
NATURE'S PLUS

**ORDER**

IT IS HEREBY ORDERED that defendant Natural Organics, Inc. shall have until February 25, 2009 in which to respond to the Complaint and the Initial Case Management Conference be continued by thirty (30) days, to March 2, 2009, or to the following date at the Court's designation: _March 6, 2009 at 8:30 a.m.._

Dated: _January 28, 2009_____



HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE