1  JANET L. CULLUM (104336) (jcullum@cooley.com)
   JENNIFER LERNER (*Pro Hac Vice*) (jlerner@cooley.com)
2  COOLEY GODWARD KRONISH LLP
   1114 Avenue of the Americas
3  New York, NY 10036-7798
   Telephone:  (212) 479-6000
4  Facsimile:  (212) 479-6275

5  SUSAN BERNEY-KEY (124305) (sberneykey@cooley.com)
   CHRISTINE HSIEH (246025) (chsieh@cooley.com)
6  COOLEY GODWARD KRONISH LLP
   Five Palo Alto Square
7  3000 El Camino Real
   Palo Alto, CA 94306-2155
8  Telephone:  (650) 843-5000
   Facsimile:  (650) 857-0663
9
   Attorneys for Plaintiff
10 RAINBOW LIGHT NUTRITIONAL SYSTEMS, INC.

11 RICHARD L. CRISONA (rlcrisona@lawabel.com)
   ABELMAN, FRAYNE & SCHWAB
12 666 Third Avenue
   New York, NY 10017
13 Telephone:     (212) 949-9022
   Facsimile:     (212) 949-9190
14
   ALLAN E. ANDERSON (133672) (aanderson@rmkb.com)
15 ROBERT P. ANDRIS (130290) (randris@rmkb.com)
   ROPERS, MAJESKI, KOHN & BENTLEY
16 515 South Flower Street, Suite 1100
   Los Angeles, CA 90071-2213
17 Telephone:     (213) 312-2000
   Facsimile:     (213) 312-2001
18
   Attorneys for Defendant
19 NATURAL ORGANICS, INC. DBA NATURE'S PLUS

20                 UNITED STATES DISTRICT COURT

21                NORTHERN DISTRICT OF CALIFORNIA

22

23 RAINBOW LIGHT NUTRITIONAL          CASE NO. C08-04396-CRB
   SYSTEMS, INC.,
24                                    **STIPULATION AND ~~[PROPOSED]~~**
                  Plaintiff,          **ORDER TO CONTINUE CASE**
25                                    **MANAGEMENT CONFERENCE**
                  vs.
26
   NATURAL ORGANICS, INC., dba
27 NATURE'S PLUS,

28                  Defendant.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW

1   Pursuant to Local Rule 6-2, the parties to the above-referenced matter, by and through
2   their attorneys of record, hereby request that the Initial Case Management Conference be
3   continued by sixty (60) days, to May 1, 2009 or to a date of the Court's designation.
4   The ADR Scheduling Order issued on September 19, 2008 set the Initial Case
5   Management Conference for January 9, 2009.  The parties filed a stipulation on November 21,
6   2008 continuing the Initial Case Management Conference until February 6, 2009.  The parties
7   also filed a stipulation on January 23, 2009, extending the Initial Case Management Conference
8   until March 2, 2009.  This is the third stipulation to continue the Initial Case Management
9   Conference.
10   The parties further request that defendant Natural Organics, Inc. shall have an additional
11   thirty (30) days, through and until March 27, 2009, within which to respond to the original
12   Complaint on file herein.  This is the sixth stipulation to extend the deadline for the defendant to
13   respond to the Complaint, the previous stipulations having been filed on October 16, 2008,
14   November 4, 2008, November 21, 2008, December 24, 2008, and January 23, 2009.
15   Although the parties have not yet achieved a final settlement agreement, the parties
16   represent to the Court that substantial progress has been made toward settlement, that draft
17   agreements have been exchanged, that the parties believe with continued good faith negotiation a
18   final resolution will be reached and that good cause therefore exists for the requested continuance.
19                                           Respectfully submitted,
20   Dated:  February 20, 2009          COOLEY GODWARD KRONISH LLP
21                                           /s/ Janet L. Cullum
22                                           JANET L. CULLUM
                                            Attorneys for Plaintiff,
23                                           Rainbow Light Nutritional Systems, Inc.
24   Dated:  February 20, 2008          ROPERS, MAJESKI, KOHN & BENTLEY
25                                           _____
                                            ALLAN E. ANDERSON
26                                           ROBERT P. ANDRIS
                                            Attorneys for Defendant
27                                           NATURAL ORGANICS, INC. DBA NATURE'S PLUS
28

## ORDER

IT IS HEREBY ORDERED that defendant Natural Organics, Inc. shall have until March 27, 2009 to respond to the Complaint and that the Initial Case Management Conference be continued by sixty (60) days, to May 1, 2009, or to the following date at the Court's designation: May 1, 2009 at 8:30 a.m.

Dated:   __ february 23, 2009   ___



HONORABLE
UNITED S

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE