1  RICHARD L. CRISONA
   ABELMAN, FRAYNE & SCHWAB
2  666 Third Avenue
   New York, NY 10017
3  Telephone:   (212) 949-9022
   Facsimile:   (212) 949-9190
4  Email: rlcrisona@lawabel.com

5  ALLAN E. ANDERSON (SBN 133672)
   ROBERT P. ANDRIS (SBN 130290)
6  ROPERS, MAJESKI, KOHN & BENTLEY
   515 South Flower Street, Suite 1100
7  Los Angeles, CA 90071-2213
   Telephone:   (213) 312-2000
8  Facsimile:   (213) 312-2001
   Email: aanderson@rmkb.com
9         randris@rmkb.com

10 Attorneys for Defendant
   NATURAL ORGANICS, INC.
11 DBA NATURE'S PLUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RAINBOW LIGHT NUTRITIONAL SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NATURAL ORGANICS, INC. dba NATURE'S PLUS,<br><br>Defendant. | CASE NO. C08 04396CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO COMPLAINT**<br>[Local Rule 6-1(a)]<br><br>Complaint Filed: September 19, 2008 |
|---|---|

The parties to the above-referenced matter, by and through their attorneys of record, hereby stipulate that defendant Natural Organics, Inc. shall have an additional fourteen (14) days, through and until April 13, 2009, within which to answer or otherwise respond to the original Complaint on file herein.

Good cause exists for the requested extension in that the parties believe they have successfully resolved this matter and are currently in the process of exchanging drafts of a formal settlement agreement.

RC1/5280501.1/LB4                - 1 -                STIPULATION TO ENLARGE TIME TO
                                                      RESPOND TO COMPLAINT AND [PROPOSED]
                                                      ORDER - C08 04396CRB

1  IT IS SO STIPULATED.

2  Dated: March 27, 2009                    COOLEY GODWARD KRONISH, LLP

4                                           By: _____
5                                           JANET L. CULLUM CHRISTINE K. HSIEH
                                            Attorneys for Plaintiff
6                                           RAINBOW LIGHT NUTRITIONAL
                                            SYSTEMS, INC.

7  Dated: March 27, 2009                    ABELMAN, FRAYNE & SCHWAB

9                                           By:/s/ Allan E. Anderson
10                                          RICHARD L. CRISONA
                                            ALLAN E. ANDERSON
11                                          Attorneys for Defendant
                                            NATURAL ORGANICS, INC. DBA
12                                          NATURE'S PLUS

13 Dated: March 27, 2009                    ROPERS, MAJESKI, KOHN & BENTLEY

15                                          By: /s/ Robert P. Andris
                                            ALLAN E. ANDERSON
16                                          ROBERT P. ANDRIS
                                            Attorneys for Defendant
17                                          NATURAL ORGANICS, INC. DBA
                                            NATURE'S PLUS

18                                **ORDER**

19     IT IS HEREBY ORDERED that Defendant Natural Organics, Inc. may have through and
20  including April 13, 2009 in which to respond to the complaint.

22  Dated:  March 30, 2009

24                                          HON_____
                                            UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

RCI/5280501.1/LB4                    - 2 -           STIPULATION TO ENLARGE TIME TO
                                                     RESPOND TO COMPLAINT AND [PROPOSED]
                                                     ORDER - C08 04396CRB