RICHARD L. CRISONA
ABELMAN, FRAYNE & SCHWAB
666 Third Avenue
New York, NY 10017
Telephone: (212) 949-9022
Facsimile: (212) 949-9190
Email: rlcrisona@lawabel.com

ALLAN E. ANDERSON (SBN 133672)
ROBERT P. ANDRIS (SBN 130290)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA 90071-2213
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email: aanderson@rmkb.com
       randris@rmkb.com

Attorneys for Defendant
NATURAL ORGANICS, INC.
DBA NATURE'S PLUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINBOW LIGHT NUTRITIONAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATURAL ORGANICS, INC. dba NATURE'S PLUS, <br><br> Defendant. | CASE NO. C08 04396CRB <br><br> STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO COMPLAINT <br> [Local Rule 6-1(a)] <br><br> Complaint Filed: September 19, 2008 |

The parties to the above-referenced matter, by and through their attorneys of record, hereby stipulate that defendant Natural Organics, Inc. shall have an additional seven (7) days, through and until April 20, 2009, within which to answer or otherwise respond to the original Complaint on file herein.

Good cause exists for the requested extension in that the parties believe they have successfully resolved this matter and are currently in the process of exchanging drafts of a formal settlement agreement.

IT IS SO STIPULATED.

Dated: April 13, 2009

COOLEY GODWARD KRONISH, LLP

By: /s/ Christine Hsieh
~~JANET L. CULLUM~~ CHRISTINE HSIEH
Attorneys for Plaintiff
RAINBOW LIGHT NUTRITIONAL SYSTEMS, INC.

Dated: April 13, 2009

ABELMAN, FRAYNE & SCHWAB

By: /s/ Allan E. Anderson
RICHARD L. CRISONA
ALLAN E. ANDERSON
Attorneys for Defendant
NATURAL ORGANICS, INC. DBA NATURE'S PLUS

Dated: April 13, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Robert P. Andris
ALLAN E. ANDERSON
ROBERT P. ANDRIS
Attorneys for Defendant
NATURAL ORGANICS, INC. DBA NATURE'S PLUS

## ORDER

IT IS HEREBY ORDERED that Defendant Natural Organics, Inc. may have through and including April 20, 2009 in which to respond to the complaint.

Dated: April 15, 2009

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA