1   JANET L. CULLUM (104336) (jcullum@cooley.com)
    JENNIFER LERNER (*Pro Hac Vice*) (jlerner@cooley.com)
2   COOLEY GODWARD KRONISH LLP
    1114 Avenue of the Americas
3   New York, NY 10036-7798
    Telephone:  (212) 479-6000
4   Facsimile:   (212) 479-6275

5   SUSAN BERNEY-KEY (124305) (sberneykey@cooley.com)
    CHRISTINE HSIEH (246025) (chsieh@cooley.com)
6   COOLEY GODWARD KRONISH LLP
    Five Palo Alto Square
7   3000 El Camino Real
    Palo Alto, CA 94306-2155
8   Telephone:  (650) 843-5000
    Facsimile:   (650) 857-0663
9
    Attorneys for Plaintiff
10  RAINBOW LIGHT NUTRITIONAL SYSTEMS, INC.

11  RICHARD L. CRISONA (rlcrisona@lawabel.com)
    ABELMAN, FRAYNE & SCHWAB
12  666 Third Avenue
    New York, NY 10017
13  Telephone: (212) 949-9022
    Facsimile: (212) 949-9190
14
    ALLAN E. ANDERSON (133672) (aanderson@rmkb.com)
15  ROBERT P. ANDRIS (130290) (randris@rmkb.com)
    ROPERS, MAJESKI, KOHN& BENTLEY
16  515 South Flower Street, Suite 1100
    Los Angeles, CA 90071, 2213
17  Telephone: (213) 312-2000
    Facsimile: (213) 312-2001
18
    Attorneys for Defendant
19  Natural Organics, Inc. d/b/a Nature's Plus

20

21                    UNITED STATES DISTRICT COURT

22                   NORTHERN DISTRICT OF CALIFORNIA

23  RAINBOW LIGHT NUTRITIONAL          | CASE NO. C08-04396-CRB
    SYSTEMS, INC.,                     |
24                                     | **STIPULATION OF DISMISSAL WITH**
                  Plaintiff,           | **PREJUDICE**
25                                     |
             vs.                       |
26                                     |
    NATURAL ORGANICS, INC., dba        |
27  NATURE'S PLUS,                     |
                                       |
28                     Defendant.      |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW

                                   1.

1    IT IS HEREBY STIPULATED AND AGREED by the undersigned, the respective

2 attorneys for plaintiff Rainbow Light Nutritional Systems, Inc. and defendant Natural Organics,

3 Inc. d/b/a Nature's Plus, that the claims in the above-captioned case be and hereby are dismissed

4 with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1), each party to bear its own fees and costs.

5

6

                              Respectfully submitted,

7

Dated: April 23, 2009         COOLEY GODWARD KRONISH LLP

8

9

10                   _Janet Cullum by CKH_
                   JANET L. CULLUM
                   Attorneys for Plaintiff,

11                   Rainbow Light Nutritional Systems, Inc.

12

13 Dated: April 23, 2009        ROPERS, MAJESKI, KOHN & BENTLEY

14

15

16                   ALLAN E. ANDERSON
                   ROBERT P. ANDRIS

17                   Attorneys for Defendant
                   NATURAL ORGANICS, INC. DBA NATURE'S PLUS

18

19    PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

21 Dated:  April 28, 2009

22

23              HONORABLE CHARLES R. BREYER
              UNITED STATES DISTRICT JUDGE

24

25                  IT IS SO ORDERED
                   Judge Charles R. Breyer

26

27

28